```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE F04-0011--CR (RRB)
              "USA V LAWRENCE NATHANIEL BOWMAN"
              DEF 1.1 BOWMAN, LAWRENCE NATHANIEL
```

Including terminated defendants, excluding terminated counsel

```
     Presiding Judge:   The Honorable Ralph R. Beistline, U.S. District Judge
    Magistrate Judge:   The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed:   06/22/04
             Closed:   02/23/05
  No. of Defendants:   1
     MJ Case Number:
                AKA:
    Location status:   U.S. Custody
         Trial date:
         Terminated:   YES
  Needs interpreter:   NO
  Counsel of record:   Mary Jane Haden
                      Federal Public Defender
                      550 W. 7th Avenue, Suite 1600
                      Anchorage, AK 99501
                      907-646-3400
                      FAX 907-646-3480
                      Serve: YES
                       Type: FPD
                       Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record:   Audrey J. Renschen
                     U.S. Attorney's Office
                     222 W. 7th Avenue, #9
                     Anchorage, AK 99513-7567
                     907-271-5071
                     Serve: YES
                      Type: Not specified
                      Role: Pretrial/Trial


Counts re: DEF 1.1 BOWMAN, LAWRENCE NATHANIEL
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 18:2252A(a)(5)(B) and (b)(2) POSSESSION OF CHILD PORNOGRAPHY (F) | Sentenced (26-1) |
| 1 - 1 IND | 2 | 18:2252A(a)(5)(B) and (b)(2) POSSESSION OF CHILD PORNOGRAPHY (F) | Sentenced (26-1) |
| 1 - 1 IND | 3 | 18:2252A(a)(5)(B) and (b)(2) POSSESSION OF CHILD PORNOGRAPHY (F) | Sentenced (26-1) |

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE F04-0011--CR (RRB)
                                 "USA V LAWRENCE NATHANIEL BOWMAN"

                                         For all filing dates
```

 Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
 Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 06/22/04
            Closed: 02/23/05
No. of Defendants: 1


 Document #   Filed       Docket text
 ──────────   ─────       ───────────
 NOTE -   1   06/17/04    [Re: DEF 1] Issued WOA.

    1 -   1   06/17/04    [Re: DEF 1] PLF 1 Indictment.

    2 -   1   06/17/04    [Re: DEF 1] AHB Grand Jury Minutes re Indt Secret; WOA to be issued; no
                          bail set.

 NOTE -   2   06/22/04    [Re: DEF 1] USM Notice of Arrest; defendant arrested 6/22/04.

 NOTE -   3   06/22/04    Notation: Proposed trial date setting for arraignment and notice of
                          speedy trial act deadlines forwarded to chambers.

    3 -   1   06/23/04    [Re: DEF 1] Return of WOA at Fairbanks, AK by FBI on 6/22/04.

    4 -   1   06/25/04    [Re: DEF 1] AHB Court Minutes [ECR: Carolyn Bollman] from arr on
                          indictment hedl 06/24/04: Financial aff filed, FPD accepted appointment,
                          NG plea entered, disc conf 07/06/04, PTM's 07/13/04, TBJ 08/23/04, def
                          detained, detention hrg set for 07/01/04 at 10:00 a.m. cc: Renschen,
                          Haden, FPO, USM, Judge Beistline

    5 -   1   06/25/04    DEF 1 Financial Affidavit. cc: enchen, Haden, FPO, USM, Judge Beistline

    6 -   1   06/25/04    [Re: DEF 1] Order setting conditions of release. Def to submit proposed
                          custodian to PO.

    7 -   1   06/25/04    AHB Order regarding preparation for trial. PTM's due 07/13/04, disc conf
                          07/06/04. cc: Renschen, Haden, FPO, USM, Judge Beistline

    8 -   1   06/29/04    [Re: DEF 1] RRB Minute Order setting trial by jury 8/23/04 at 8:30 a.m.
                          in Fairbanks and FPTC for 8/17/04 at 8:30 a.m. in Courtroom #3. cc:
                          AUSA, FPD, USM, USPO, MJ Roberts, jury clerk

    9 -   1   07/01/04    [Re: DEF 1] PLF 1 Discovery conference certificate.

   10 -   1   07/09/04    [Re: DEF 1] AHB Court Minutes [ECR: Carolyn Bollman] from detention hrg
                          held 07/09/04: Def remains detained. cc: Renschen, Haden, FPO, USM,
                          Judge Beistline

   11 -   1   07/12/04    [Re: DEF 1] AHB AMENDED Court Minutes [ECR: Carolyn Bollman] from
                          detention hrg held 07/01/2004. cc: Renschen, Haden, FPO, USM, Judge
                          Beistline

   12 -   1   08/16/04    DEF 1 Notice of Intent to change plea filed on shortened time.

   13 -   1   08/17/04    [Re: DEF 1] RRB Court Minutes [ECR: Jennifer Kemp]. Final Pretrial
                          Conference/COP Hearing. Court and counsel heard re Blakely and
                          sentencing factors. Court and counsel heard re defendant's intent to
                          change plea. Defendant pleads guilty to Cts 1, 2 & 3 of Indictment. IOS
                          set for 11/5/04 at 10:00 a.m. in Fairbanks. OFF RECORD: TBJ set for
                          8/23/04 at 8:30 a.m. in Fairbanks is VACATED.  cc: USA; USM; USPO; MJ

```
           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE F04-0011--CR (RRB)
                          "USA V LAWRENCE NATHANIEL BOWMAN"

                              For all filing dates

Document #   Filed      Docket text
                        Haden, FPD; Judge Beistline; Magistrate Judge Roberts.

  14 -   1   10/27/04   DEF 1 Unopposed motion on shortened time to continue sentencing.

  15 -   1   10/27/04   [Re: DEF 1] RRB Order granting unopposed motion on shortened time to
                        continue sentencing (14-1).  The IOS set 1/5/04 is vacated and reset for
                        1/14/05 at 10:00 a.m.  cc: AUSA, FPD, USM, USPO

  16 -   1   12/29/04   DEF 1 Second unopposed motion on shortened time to continue sentencing.

  17 -   1   12/30/04   [Re: DEF 1] RRB Order granting motion Second unopposed motion on
                        shortened time to continue sentencing (16-1).  IOS set 1/14/05 is
                        vacated and reset for 2/14/05 at 2:00 p.m.  cc: AUSA, FPD, USM, USPO

  18 -   1   02/07/05   DEF 1 Notice of filing w/att exhs.

  19 -   1   02/07/05   [Re: DEF 1] PLF 1 Sentencing Memorandum.

  19 -   2   02/07/05   [Re: DEF 1] PLF 1 motion for one-point decrease for timely acceptance of
                        responaibility.

  20 -   1   02/07/05   DEF 1 Notice of filing letters.

  21 -   1   02/09/05   {SEALED}

  22 -   1   02/10/05   DEF 1 Notice of filing w/att letter.

  23 -   1   02/10/05   {SEALED}

  24 -   1   02/14/05   [Re: DEF 1] RRB Court Minutes [ECR: Jennifer Kemp]. Imposition of
                        Sentence hearing held 2-14-05.  Notice of Appeal form given to defense
                        counsel. Sentence imposted as stated in judgment.  cc: USA; USM; USPO;
                        MJ Haden, FPD; Judge Beistline.

  25 -   1   02/17/05   DEF 1 appeal to 9CCA of (26-1) filed 02/23/05. cc:cnsl, Judge, 9CCA

  26 -   1   02/23/05   [Re: DEF 1] RRB Judgment pleaded guilty to count(s) 1,2,3 of the
                        Indictment (1-1); sent 33 mos; SR 36 mos; SA $300. cc: USA, FPD, USM,
                        USPO, MJ Roberts, Finance, FLU, def w/cnsls cy

  27 -   1   02/25/05   [Re: DEF 1] Cy 9CCA Time Schedule Order. (25-1) cc:cnsl

  28 -   1   04/08/05   [Re: DEF 1] Transcript of IOS (held 2/14/05) re: notice of appeal (25-1)

  29 -   1   04/13/05   Copy of DEF 1 Transcript Designation/Order Form: Transcript filed
                        04/08/05.

  30 -   1   04/13/05   [Re: DEF 1] cy 9CCA Certificate of Record. (25-1) cc: cnsl
```