UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
JAN 31 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 05-30106 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-04-00011-a-RRB/JD District of Alaska, Anchorage |
| v. | |
| LAWRENCE NATHANIEL BOWMAN, | ORDER |
| Defendant - Appellant. | |

RECEIVED
FEB 0 3 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Before: LEAVY, RYMER and FISHER, Circuit Judges.

At oral argument on Thursday, February 9, 2006, the parties should be prepared to discuss whether the court has jurisdiction to consider Defendant-Appellant Bowman's appeal from his term of imprisonment in light of the court's recent opinions in *United States v. Plouffe*, __ F.3d __, 2006 WL 120320 (9th Cir. Jan. 18, 2006), *United States v. Cantrell*, __ F.3d __, 2006 WL 73483 (9th Cir. Jan. 13, 2006), and *United States v. Leyva-Franco*, __ F.3d __, 2006 WL 64422 (9th Cir. Jan. 12, 2006). *See also United States v. Martinez*, __ F.3d __, 2006 WL 39541 (11th Cir. Jan. 9, 2006); *United States v. Frokjer*, 415 F.3d 865, 875 n.3 (8th Cir. 2005) (holding that an unreasonable sentence would be "in violation of law" and subject to review under 18 U.S.C. § 3742(a)(1) regardless of whether it was within the guideline range).