UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LAWRENCE NATHANIEL BOWMAN,<br><br>Defendant. | NO. 4:04-cr-0011-RRB<br><br>**PROPOSED ORDER** |

After due consideration of the Defendant's Unopposed Motion on Shortened Time to Correct Clerical Error in Judgement, the motion is GRANTED.

IT IS HEREBY ORDERED that Lawrence Bowman's judgment shall be amended to reflect the verbal order of the court during the imposition of sentencing hearing held February 14, 2005. Special Condition of Supervision Number Two shall be amended to read as follows:

> The defendant shall not have any unsupervised contact with any child under the age of 16. With Regard to the defendant's own children or grandchildren, unsupervised contact/visitation may be allowed only with prior authorization of the Probation Officer after consultation with the treatment counselor.

DATED this ____ day of _____ 2006.

_____
RALPH R. BEISTLINE
U.S. DISTRICT JUDGE